IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CR 04-30037 -MAP

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Count One:** 16 U.S.C. § 668(a) - |
| | : | Bald and Golden Eagle |
| v. | : | Protection Act |
| | : | **Count Two:** 16 U.S.C. § 703 - |
| JOSEPH DONOHUE | : | Migratory Bird Treaty Act |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(16 U.S.C. § 668(a)
(Bald and Golden Eagle Protection Act)

On or about October 25, 2003, in the District of Massachusetts,

**JOSEPH DONOHUE**

the defendant herein, within the United States, and without being permitted to do so by regulation as required by law, did knowingly and with wanton disregard, shoot at and kill a bald eagle, commonly known as the American eagle (*Haliaeetus leucocephalus*).

All in violation of the Bald and Golden Eagle Protection Act, Title 16, United States Code, Section 668(a).

## COUNT TWO
(16 U.S.C. §§ 703 and 707(a))
Migratory Bird Treaty Act

The Grand Jury further charges:

On or about October 25, 2003, in the District of Massachusetts,

**JOSEPH DONOHUE**

the defendant herein, without being permitted to do so by regulation as required by law, did take a migratory non-game bird, to wit, a bald eagle, commonly known as the American eagle (*Haliaeetus leucocephalus*).

All in violation of the Migratory Bird Treaty Act, Title 16, United States Code, Sections 703 and 707(a), Title 50, Code of Federal Regulations, Section 21.11.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS           July 22, 2004 @ 12:24 PM

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk