AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSEPH DONOHUE

**NOTICE**

CASE NUMBER:   04-30037-MAP

TYPE OF CASE:

☐ **CIVIL**      ☒ **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME<br>August 5, 2004, at 11:00 a.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 28, 2004

DATE

/s/ Bethaney A. Healy

(BY) DEPUTY CLERK

TO:    All counsel of record, Pretrial Services, Atty Mark Brennan, Joseph Donohue