UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
CASE NUMBER: 04-30037-MAP

UNITED STATES OF AMERICA

*V.*

JOSEPH DONOHUE
82 FORT HILL ROAD
PITTSFIELD, MA 01201

## APPEARANCE

    Please enter my appearance as attorney for JOSEPH DONOHUE, the Defendant in the above-entitled matter.

Dated: August 4, 2004

                                            Mark T. Brennan
                                            74 North Street, Suite 208
                                            Pittsfield, MA 01201
                                            (413) 499-1022
                                            BBO #564103