UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           Criminal No. 04-30037-MAP

v.

JOSEPH DONOHUE

REPORT ON INITIAL STATUS CONFERENCE

NEINMAN, M.J.

On September 23, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense: None

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense: None

3. Anticipated supplemental discovery

   For the government: All items, including color photographs and mounted black and white x-rays photos, which did not lend themselves to photocopying, are available for inspection.

   For the defense:

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to raptor identification.

The government also expects that there will be expert testimony regarding the veterinary examination of the bird.

5. Applicable periods of excludable delay under Speedy Trial Act

   The government would request that twenty eight days from 8/6/04 (date of initial appearance) pursuant to L.R. 112.2(2) be excluded.

   The defense would request: Same

6. Trial is/is not anticipated.  Estimated duration of trial

   The government expects that trial will take approximately four days.

7. Other matters:

   For the government: None
   For the defense: None


A motion date pursuant to Fed. R. Crim. P. 12(c)  has/has not been established.


An Interim Status Conference has/has not been scheduled.

_____
Mark Brennan, Esq.
Counsel for the Defendant

_____
Nadine Pellegrini, Esq.
Assistant U.S. Attorney