UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA                CRIMINAL NO.04-30037-MAP

v.

JOSEPH DONOHUE

REPORT & ORDER ON
FINAL STATUS CONFERENCE

NEIMAN, M.J.

     On 10/14/04, the parties are scheduled to appear before this Court for a Final Status Conference.  With regard to the following issues, the parties represent that:

1.  There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. Based upon recent discussions, counsel for the defendant may have a conflict in that counsel has previously represented, in unrelated matters, a witness for the government.  This matter may require a schedule be set in the case to determine whether or not counsel can continue in his representation of the defendant.

7. The parties have discussed the possibility of an early resolution of the case without trial.  The parties have not, at this time, resolved this case.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a) Total amount of time excludable under the Speedy Trial Act:

        Twenty eight days from 8/6/04 (date of initial appearance) pursuant to L.R. 112.2(2) (until September 3, 2004).

        One day - 9/23/04 (date of initial status conference)

        Twenty one days pursuant to the government's request that the time from September 23, 2004 until the date of the final status conference (October 14, 2004) be excluded pursuant to 18 U.S.C. §3161(8)(A).

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

        41 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 3 days.

By the government:                     By the Defendant:

/s/Nadine Pellegrini                   /s/Mark Brennan
_____                _____
Nadine Pellegrini, AUSA                Mark Brennan, Esq.

Dated: 10/12/04

2