UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30037-MAP |
| ) | |
| JOSEPH DONOHUE, ) | |
| Defendant ) | |

FINAL STATUS REPORT
October 14, 2004

NEIMAN, U.S.M.J.

The court held a final status conference today and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. A pretrial conference has been scheduled for November 4, 2004, at 2:30 p.m. in Courtroom I.

3. The parties state that a trial, if necessary, will take three days.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of today, twenty-nine days have run on the Speedy Trial clock. A separate order shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge