UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CASE NO. -MAP 04-30037

V.

JOSEPH DONOHUE

## NOTICE OF RESCHEDULING

PLEASE TAKE NOTICE that the above-entitled case has been set for a SENTENCING HEARING on JANUARY 14, 2005 at 11:30 A.M., before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

|  |  |
|---|---|
| 1/7/04 | TONY ANASTAS, CLERK OF COURT |
| _____ | By: /s/ Elizabeth A. French |
| Date | Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)   [kntchrgcnf.]
[ntchrgcnf.]