AO 245B  Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JOSEPH DONOHUE | STATEMENT OF REASONS<br><br>Case Number: 3 04 CR 30037 - 001 - MAP<br>MARK BRENNAN, ESQ<br>Defendant's Attorney |

[X] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 8 | | | |
| Criminal History Category: | I | | | |
| Imprisonment Range: | 0 | to | 6 | months |
| Supervised Release Range: | 0 | to | 0 | years |
| Fine Range: | $ $1,000.00 | to | $ $10,000.00 | |

Defendant's Soc. Sec. No.: 000/00/5549

Defendant's Date of Birth: 00/00/25

Defendant's USM No.: 90818-038

Defendant's Residence Address:
82 Fort Hill Road
Pittsfield, MA

02/03/05
Date of Imposition of Judgment

*/s/ Michael A. Ponsor*
Signature of Judicial Officer

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

2·8·05
Date

Defendant's Mailing Address:

Same

AO 245B     Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 3

DEFENDANT:     JOSEPH DONOHUE             Statement of Reasons - Page 3 of ___
CASE NUMBER:    3 04 CR 30037 - 001 - MAP

## STATEMENT OF REASONS

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

### OR

☐ The sentence departs from the guideline range:

    ☐ upon motion of the government, as a result of a defendant's substantial assistance, or

    ☐ for the following specific reason(s):

IT IS THE ORDER OF THE COURT THAT THE DEFENDANT IS PROHIBITED FROM HUNTING FROM FEBRUARY 3, 2005 TO FEBRUARY 3, 2007

☐ See Continuation Page

AO 245B (Rev. 08/04) Criminal Judgment
       Supplemental Statement of Reasons

DEFENDANT:     JAMES DONOHUE
CASE NUMBER:   3: 04 CR 30037  - 001 - MAP
DISTRICT:      MASSACHUSETTS

## SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☑  The court applied the Guidelines and all relevant enhancements in this case.

☐  The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐  The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐  The court took some other action (Please explain below.):

☐  This judgment includes an alternative sentence.